## MOORE *et al. v.* ROFF *et al.*

*Moore* v. *Wilkinson,* (*supra,*) affirmed.

The facts of this case are similar to the facts in *Moore et al.* v.
*Wilkinson et al.* with the exception that the defendants have
never filed any declaratory statement of their intention to pre-
empt the quarter sections which they occupy.    The case, if pos-
sible, is more barren of merit than the one cited, and on that
authority the judgment is affirmed.